■ MARK K. KONIECZNY, Individually and as Administrator of the Estate of SUSAN M. KONIECZNY, Deceased, Appellant, v FEDERICO G. DOLDAN, Respondent. (Appeal No. 2.) [621 NYS2d 988] —Appeal unanimously dismissed without costs *(see*, CPLR 5501 [a] [2]). (Appeal from Order of Supreme Court, Niagara County, Sprague, J.—New Trial.) Present—Pine, J. P., Lawton, Fallon, Davis and Boehm, JJ.